# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| ROSEY FLETCHER, ERIN O'MALLEY, and CALLAN CHYTHLOOK-SIFSOF,<br><br>Plaintiffs,<br><br>v.<br><br>PETER FOLEY, UNITED STATES SKI AND SNOWBOARD, and DOES 1–10,<br><br>Defendants. | **ORDER GRANTING PLAINTIFFS' MOTION TO STAY PROCEEDINGS**<br><br>Case No. 2:26-cv-00088-DBB-JCB<br><br>District Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

Before the court is Plaintiffs' Motion to Stay Proceedings Pending Resolution of Related Ninth Circuit Appeal ("Motion"). Having considered the Motion and being fully apprised, the court finds that good cause warrants granting the Motion.

IT IS HEREBY ORDERED that the Motion is GRANTED. All proceedings in this action are STAYED in their entirety, including discovery, motion practice, and scheduling obligations, pending final resolution of the related appeal currently pending before the United States Court of Appeals for the Ninth Circuit. No responsive pleadings or other filings shall be due during the pendency of the stay.

ENTERED this 30th day of March, 2026.

BY THE COURT:

_____
David Barlow
United States District Judge